# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146239

SCOTT J. LINDEBLAD,
          Plaintiff-Appellee,

v

                              SC: 146239
                              COA: 306159

KATHY JEAN GRASMAN and                      Alger CC: 2010-005076-NI
TERRANCE KEITH PORTFLEET,
d/b/a LIGHTNING PROTECTION
SERVICES, INC.,
          Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the October 23, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

                                         Clerk

h0325